UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICKY NIEUWENHOVEN,

    Plaintiff,

v.                                           Case No: 5:23-cv-34-GAP-PRL

NICOLE PISANI,

    Defendant.

_____

**PLAINTIFF'S REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES**

The Plaintiff, **RICKY NIEUWENHOVEN** ("Plaintiff"), by and through undersigned counsel, files this Reply to Affirmative Defenses, and as grounds states:

1.    The Plaintiff has reviewed the Affirmative Defenses filed by the Defendant and Plaintiff denies each and every one and demands strict proof thereof.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2023, the foregoing document was filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document was provided by email to: Jeremy T. Simons, Esq., Ayo and Iken PLC, 4807 U.S. Highway 19, Suite 202, New Port Rickey, Florida 34652, telephone (7278) 844-7676; jeremy@myfloridalaw.com; Erin E. Masters, Esq., and Anthony G. Joseph, Esq., Masters Law Group LLC, 30 N. LaSalle Street, Suite 2250, Chicago, Illinois 60602, telephone (312) 609-1700; erinmasters@masters-lawgruop.com and ajosph@masters-lawgroup.com.

                                                        /s/ *Karen E. Lungarelli*

                                                   **Karen E. Lungarelli, Esq.**
                                                   Florida Bar No. 86100

karen@lungarellilaw.com
**Erica Estevez Revoredo, Esq.**
Florida Bar No. 117700
erica@lungarellilaw.com
Law Office of Karen E. Lungarelli, P.A.
777 Brickell Avenue, Suite 400
Miami, Florida 33131
Telephone: (305) 998-3828
*Counsel for the Plaintiff, Ricky Nieuwenhoven*