**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

RICKY NIEUWENHOVEN,

    Plaintiff,

v.                                                    Case No: 5:23-cv-34-GAP-PRL

NICOLE PISANI,

    Defendant.

_____

## RESPONDENT'S PROPOSED TRANSFER PLAN

Defendant, NICOLE PISANI ("Defendant"), by and through undersigned counsel, presents this the Defendant Proposed Transfer Plan pursuant to the Court's Order dated February 23, 2023:

1. Defendant, NICOLE PISANI, shall deliver the minor child, Adelaide Nieuwenhoven, and her belongings that the minor child traveled with to the United States on July 2, 2022 to the Life Church at 4001 Piccicola Rd. Fruitland Park, FL 34721, on Sunday, February 26, 2023, at 1:00 pm.

2. It is unreasonable to allow the Father to pick up the Child at school with just a suitcase. The Child will have had less than 24 hours to process her removal from her friends, family and connections made in the last 7 months. It is not prejudicial to the Father and his interest should not supersede the Child's emotional wellbeing. It is not in the best interest of the Child to be removed from school with the US Marshalls. Not only will that be traumatizing for the Child, but also the Other children attending school that day.

3. The Mother understands the Courts decision and has no plans to violate any of the Court's Orders. Though the Mother is disappointed she respects the Court's ruling and will not do anything to prevent the peaceful exchange of the minor child.

4. It is reasonable that special attention must be considered of the mind of a 3 year old. It is unreasonable and without reason to force a 3-year-old to process such strong emotions without the assistance of both parents. The Child that must process that she will suddenly leave her home to return to Australia. The Court is not bound to consider custody matters, but is mandated to the return of the Child in a thoughtful and expedited matter.

5. Plaintiff shall, with the assistance of the United States Marshal's Service, pick up the minor child on Sunday, February 26, 2023, at 1:00 pm at Life Church at 4001 Piccicola Rd. Fruitland Park, FL 34721.

6. Plaintiff shall have daily physical contact with the Child every day from 2:00 pm to 6:00 pm.

7. The minor child shall remain in the Plaintiff's custody following the child's pick up from at Life Church at 4001 Piccicola Rd. Fruitland Park, FL 34721 on Sunday, February 26, 2023, at 1:00 pm.

8. The Plaintiff shall then be permitted to immediately return with the minor child to the child's habitual residence of Australia.

9. This the Respondent's Proposed Transfer Plan and submitted to this Court for review and approval.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Plaintiff's counsel regarding the Transfer Plan and as indicated herein, the Plan is not agreed to by the Plaintiff.

Dated: February 23, 2023

By: /s/ *Carmelina Marin*
Carmelina Marin, Esq.

        Florida Bar No. 0548871
        6900 Tavistock Lakes Blvd. Suite #400
        Orlando, FL 32827
        Tel. (407) 207-1902
        E-Mail: contact@themarinlawfirm.com
        Attorney for Respondent

## CERTIFICATE OF SERVICE

I certify that a copy of this document was e-mailed and electronically served via the Florida Courts E-Filing Portal to the person listed below on February 23, 2023.

| | |
|---|---|
| Karen E. Lungarelli | Erica Estevez Revoredo |
| Law Office of Karen E. Lungarelli, P.A. | Law Office of Karen E. Lungarelli, P.A. |
| 777 Brickell Avenue, Suite 400 | 777 Brickell Avenue |
| Miami, FL 33131 | Suite 400 |
| 305-998-3828 | Miami, FL 33131 |
| Email: karen@lungarellilaw.com | 305-998-3828 |
| Attorney for Petitioner | Email: erica@lungarellilaw.com |
| | Attorney For Petitioner |

        Respectfully submitted,

        The Marin Law Firm, P.A.

        By:/s/*Carmelina Marin*
        Carmelina Marin, Esq.
        Florida Bar No. 0548871
        6900 Tavistock Lakes Blvd. Suite #400
        Orlando, FL 32827
        Tel. (407) 207-1902
        E-Mail: contact@themarinlawfirm.com
        Attorney for Respondent