**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

RICK NEIUWENHOVEN,

    Petitioner,

v.                                              Case No:   5:23-cv-34-GAP-PRL

NICOLE PISANI,

    Respondent

---

**ORDER ON TRANSFER OF CUSTODY**

Having considered the parties' respective plans at a hearing on February 24, 2023, at 9:30 AM, it is **ORDERED** that:

Respondent Nicole Pisani ("Respondent") and the members of her family are directed to cooperate with the transfer of custody of Adelaide Neiuwenhoven ("Minor Child") to Petitioner Rick Neiuwenhoven ("Petitioner") for her immediate return to Australia. Respondent and her family are prohibited and enjoined from taking any action that would jeopardize the timely, orderly, and peaceful transfer.

**A.**    **Shared Custody—February 24-26, 2023**

   **1.** Petitioner shall be entitled to take custody of the Minor Child **from 3:00 PM – 7:00 PM on Friday, February 24, 2023**. Petitioner shall pick up the Minor

Child from, and return to, Respondent's residence at 8021 Penrose Place, Wildwood, Florida, 34785. **Any third parties, including the Minor Child's grandparents or other relations, are prohibited from being present when these exchanges occur.**

2. Petitioner shall be entitled to take custody of the Minor Child **from 10:00 AM – 6:00 PM on Saturday, February 25, 2023**. Petitioner shall pick up the Minor Child from, and return to, Respondent's residence at 8021 Penrose Place, Wildwood, Florida, 34785. **Any third parties, including the Minor Child's grandparents or other relations, are prohibited from being present when these exchanges occur.**

3. Petitioner shall be entitled to take custody of the Minor Child **from 2:00 PM – 6:00 PM on Sunday, February 26, 2023**. Petitioner shall pick up the Minor Child from, and return to, Respondent's residence at 8021 Penrose Place, Wildwood, Florida, 34785. **Any third parties, including the Minor Child's grandparents or other relations, are prohibited from being present when these exchanges occur.**

B. **Transfer of Custody—February 27, 2023**

1. The United States Marshal's Service ("USMS") is directed to supervise and maintain authority over the transfer of custody and enforce compliance with this order.

2. The Respondent **SHALL** accompany the Minor Child to the entrance of the Golden-Collum Memorial Federal Building and United States Courthouse, located at **207 Northwest Second Street, Ocala, Florida, 34475**, at **9:00 AM on Monday, February 27, 2023,** to facilitate the transfer of custody.

3. Petitioner **SHALL** be physically present at the Ocala courthouse, identified above, at **9:00 AM on Monday, February 27, 2023**, and will, **under the direction and supervision of the USMS**, and at such time and exact location on the scene of the execution as the USMS directs, consistent with the safety of all involved, take possession of the child.

4. **Any third parties, including the Minor Child's grandparents or other relations, are prohibited from being present at the transfer of custody.**

5. **USMS is authorized to use reasonable force to execute this Order and to use reasonable force against and/or to arrest any person who impedes its execution of this order.** USMS is further authorized, should Respondent fail to appear as ordered, to search Respondent's residence at 8021 Penrose Place, Wildwood, Florida, 34785, and/or Respondent's parents' residence at 2561 Dunkirk Trail, The Villages, Florida, 32162, for the Minor Child to facilitate the execution of this Order.

6. Should Respondent fail to appear for the transfer of custody and should USMS be unsuccessful in its attempts to locate the Minor Child at the above

addresses, a bench warrant for Respondent's arrest for violation of this Court's Order will be issued to USMS.

7. Pursuant to an *ore tenus* motion during the hearing, the clerk took possession of the Minor Child's passports, which had been held in trust by the Law Office of Karen E. Lungarelli during these proceedings per court order. This Court will facilitate the transfer of the Minor Child's passports to the Ocala clerk, who is hereby **ORDERED** to release the Minor Child's passport to Petitioner at the transfer of custody on Monday, February 27, 2023.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 24, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party