**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

RICK NEIUWENHOVEN,

    Plaintiff,

v.	Case No:   5:23-cv-34-GAP-PRL

NICOLE PISANI,

    Defendant

## ORDER

This cause comes before the Court on Motion for Attorney's Fees and Costs (Doc. No. 66) filed March 2, 2023.

On May 18, 2023, the United States Magistrate Judge issued a report (Doc. No. 78) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorney's Fees and Costs (Doc. No. 66) is **GRANTED in part**.

3.  Petitioner Rick Neiuwenhoven shall be awarded $45,210.30 in attorney's fees and costs and the clerk shall enter judgment on behalf of the petitioner against the respondent in that amount.

4.  Petitioner's Motion for Order Granting Attorney's Fees and Costs (Doc. No. 68) and Updated Motion for Entry of Order Granting Attorney's Fees and Costs (Doc. No. 70) are denied as moot.

5.  Following the entry of judgment on attorney's fees and costs the clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers, Ocala, Florida on June 2, 2023.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party