UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RICK NEIUWENHOVEN,**

    **Plaintiff,**

**v.**                                                                 **Case No: 5:23-cv-34-GAP-PRL**

**NICOLE PISANI,**

    **Defendant.**

### ORDER

This matter brought pursuant to the Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 (the "Hague Convention"), and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. §§ 9001–9011, is before the Court on the motion of Plaintiff Rick Neiuwenhoven for issuance of writs of garnishment. (Docs. 82 & 83).

Previously, Plaintiff obtained a judgment against Defendant Nicole Pisani in the amount of $45,210.30. (Doc. 80). Now, Plaintiff moves for two writs of garnishment to satisfy the judgment. Plaintiff recites that no payments have been made and that the entire amount of the judgment remains owed to Plaintiff. Plaintiff believes that JPMORGAN CHASE N.A. and S.A.C. INVESTMENT MANAGEMENT, LLC, are or may be indebted to Defendant or have in their hands, possession, or control, tangible or intangible personal property of the Defendant.

Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment. After a writ of garnishment is issued,

- 2 -

Chapter 77 requires two separate notices in connection with the garnishment proceeding. If a defendant is an individual, subsection 77.041(1) requires notice to the defendant and prescribes the exact language of a "Notice to Defendant of Right against Garnishment of Wages, Money, and Other Property." *See* Fla. Stat. § 77.041(1). In addition, subsection 77.041(2) requires that a plaintiff comply with additional notice requirements to defendants.

Accordingly, upon due consideration, Plaintiff's motions for issuance of writ of garnishment (Docs. 82 & 83) are **GRANTED**, and the Clerk is directed to issue the Writs of Garnishment attached to the motions. The Clerk is further directed to attach to the Writs of Garnishment the "Notice to Defendant" pursuant to Fla. Stat. § 77.041(1). Plaintiff is reminded that he must fully comply with all notice requirements of § 77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on August 12, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties