UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICK NEIUWENHOVEN,

     Plaintiff,

     v.                       Case No.:  5:23-cv-00034-GAP-PRL

NICOLE PISANI,

     Defendant,

                                         /

## ORDER

This cause comes before the Court on Plaintiff's Motion for Final Judgment in Garnishment as to Garnishee Charles Schwab & Co., Inc. (Doc. No. 103) filed February 17, 2026.

On March 25, 2026, the United States Magistrate Judge issued a report (Doc. No. 104) recommending that the motion be **GRANTED**. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Final Judgment in Garnishment as to Garnishee Charles Schwab & Co., Inc. is **GRANTED .** Garnishee Charles Schwab & Co., Inc. shall liquidate securities in account

XXX8603 of Defendant Nicole Pisani in an amount sufficient to satisfy the judgment against her in the amount of $45,210.30 plus interest according to law and disburse the garnished funds payable to the trust account of Plaintiff's counsel, Karen E. Lungarelli, Esquire.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 10, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

Garnishee Charles Schwab & Co., Inc.
c/o Laura Wall
Ballard Spahr LLP
999 Peachtree Street NE, Suite 1600
Atlanta, GA  30309
wall@ballardspahr.com